175 A.3d 169

IN THE MATTER OF RUBY SAUNDERS.
(RUBY SAUNDERS—PETITIONER)

C–357 September Term 2017
079681

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002623–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

175 A.3d 169

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ERIC EPPS, A/K/A CHARLES WATKINS, DWIGHT MITCHELL AND COREY GRUBBS, DEFENDANT–PETITIONER.

C–356 September Term 2017
079576

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004094–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.